UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA, and the**<br><br>**STATE OF MAINE**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**ROBERT A. GROVER, D.O. and**<br>**ROBERT A. GROVER, D.O., P.A. d/b/a**<br>**BANGOR WOMEN'S HEALTHCARE,**<br>**THE MAINE CENTER FOR CONTINENCE**<br>**AND PELVIC FLOOR**<br>**DISORDERS, and**<br>**THE LASER VAGINAL REJUVENATION**<br>**INSTITUTE OF BANGOR**<br><br>    **Defendants.** | Case No. 1:13-cv-83-DBH |

## **JUDGMENT**

Plaintiffs and Defendant having jointly moved for stipulated judgment, and that motion having been granted, the Court has **ORDERED**:

The plaintiffs, the United States of America and the State of Maine, shall recover from the defendants, Robert A. Grover, D.O. ("Dr. Grover"), and. Robert A. Grover, D.O., P.A., d/b/a Bangor Women's HealthCare, the Maine Center for Continence and Pelvic Floor Disorders, and the Laser Vaginal Rejuvenation Institute of Bangor (collectively "BWH"), the amount of two hundred ninety six thousand, four hundred ninety six dollars ($296,492.00), plus post judgment interest at a rate of 1.75% per annum compounded monthly, with each party bearing its own costs.

**SO ORDERED**.

/s/ D. Brock Hornby
United States District Judge

Dated this 14th day of March, 2013